```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                     Case No. 15-11241-HRT
Robert Lee Moore                                           Chapter 7
Carrie Kay Moore
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1        User: hoelscher         Page 1 of 1         Date Rcvd: Oct 07, 2015
                            Form ID: pdf904         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2015.
db/db         +Robert Lee Moore,    Carrie Kay Moore,    9655 West Chatfield Avenue, Unit F,
                Littleton, CO 80128-9207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2015 at the address(es) listed below:
              Janice A. Steinle    on behalf of Trustee Janice A. Steinle trustee@steinlelaw.com,
               lou@steinlelaw.com;jsteinle@ecf.epiqsystems.com
              Janice A. Steinle    trustee@steinlelaw.com,   lou@steinlelaw.com;jsteinle@ecf.epiqsystems.com
              Todd   Wagner    on behalf of Debtor Robert Lee Moore todd@wagnerlawofficepc.com
              Todd   Wagner    on behalf of Debtor Carrie Kay Moore todd@wagnerlawofficepc.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re: ) Case No. 15-11241-HRT
ROBERT LEE MOORE ) Chapter 7
XXX-XX-9262 )
)
CARRIE KAY MOORE )
XXX-XX-2806 )
)
    Debtors. )

**ORDER RE: MOTION TO RE-OPEN CASE**

THIS COURT, having read the Debtors' Motion to Re-open case, and being apprised of the facts and circumstances surrounding the Motion the Court ORDERS as follows:

☒ It is ORDERED that the Debtors' case be re-opened.

☒ Other: The Debtors have thirty (30) days from today's date within which to file their motion(s) to void judgment lien(s) and requisite notice, failing which the Clerk may re-close this case without further notice or hearing.

DATED this __6th__ day of __October__, 2015.

*Howard Tallman*
United States Bankruptcy Judge